**Ozema C. PERRYMAN, Appellant, v. UNITED STATES of AMERICA, Appellee.**

No. 11359.

United States Court of Appeals
Sixth Circuit.

Dec. 11, 1951.

Harry Jamerson, Jim C. Galloway, Memphis, Tenn., for appellant.

John Brown, Edward N. Vaden, Memphis, Tenn., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause has been duly considered on the oral arguments and briefs of the attorneys and on the record;

And it appearing that the order of the District Judge dismissing the complaint without prejudice was properly entered. See Scott v. United States, 5 Cir., 189 F.2d 863, 864, United States v. Baker, 10 Cir., 191 F.2d 1004, and Hendricks v. United States, D.C.E.D. Tenn., 94 F.Supp. 142.

The order of the District Court is affirmed.

**Lyle S. VAN ANTWERP, Appellant, v. Giles KAVANAGH, Collector of Internal Revenue for the District of Michigan, Appellee.**

No. 11357.

United States Court of Appeals
Sixth Circuit.

Dec. 13, 1951.

Lyle S. Van Antwerp, pro per.

Edward T. Kane, Theron L. Caudle, Charles Oliphant, Ellis N. Slack and C. Moxley Featherston, Washington, D. C., for appellee.

Before HICKS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel for the government, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the District Court be and the same is hereby affirmed for the reasons set forth in the findings of fact and conclusions of law of the District Court.